UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                          19-mc-01730 (AMD)

JACK SUDLA VITAYANON,
an attorney admitted to practice before this Court,

                    Respondent.

-----------------------------------------------------------------X

## BEFORE THE GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

An order having been entered in the Supreme Court of the State of New York, Appellate Division, disbarring the respondent from the practice of law before that Court,

IT IS ORDERED, pursuant to Local Rule 1.5 that the respondent, be and is hereby disbarred from the practice of law before this Court and that the respondent's name be stricken from the Roll of Attorneys of this Court. This order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

The docketing clerk is directed to mail a copy of this order to the respondent if service is unavailable via ECF, and to close this action without prejudice.

SO ORDERED.

Dated :        Brooklyn, New York
               July 11, 2019

                              s/Ann M. Donnelly
                              _____
                              ANN M. DONNELLY, U.S.D.J.
                              Chair of the Committee on
                              Grievances, E.D.N.Y.